THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY
*v.* LEON M. ROSENBERG ET AL.

The Supreme Court, suo motu, orders a reargument of the motion by the plaintiff in the above-entitled case to dismiss the appeal from the Court of Common Pleas in New Haven County and further orders counsel to appear on Wednesday, February 4, 1970, at 10 a.m. for such reargument.

Decided January 21, 1970

STATE OF CONNECTICUT *v.* JOSEPH PASCALE

The motion by the state to dismiss the appeal from the Superior Court in New Haven County at Waterbury is denied.

*Jeremiah M. Keefe,* assistant state's attorney, for the appellee (state).

*F. Patrick Zailckas,* for the appellant (defendant).

Argued February 3—decided February 3, 1970

STATE OF CONNECTICUT *v.* PETER J. CATAUDELLA

The motion by the state to dismiss the appeal from the Superior Court in Hartford County is denied.

*Richard A. Schatz,* assistant state's attorney, for the appellee (state).

*Charles G. Karanian,* for the appellant (defendant).

Argued February 3—decided February 3, 1970